**Order entered October 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00473-CV

**TIMOTHY JOHN WHALEN AND THE WHALEN LAW FIRM, PLLC, Appellants**

**V.**

**CHARLES WILLIAM JOHNSON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04182**

## ORDER

Before the Court is appellee's fourth motion to extend time to file brief. Appellee asserts the extension is needed because a complete copy of the reporter's record has not yet been filed.

Our records reflect appellants filed their brief on June 13, 2016, before the reporter's record had been filed. Accordingly, we ordered the appeal submitted without the reporter's record. Four days later, a partial reporter's record was filed. Appellants, however, did not seek to have the order submitting the appeal without the reporter's record vacated, nor did they seek to amend their brief.

Following one extension request, appellee filed a second motion to extend time to file brief. In this motion, appellee asserted a complete copy of the reporter's record was necessary for proper disposition of the appeal. Appellee further asserted he had requested the record on

August 9, 2016.  Appellee paid for the record August 22, 2016.  To date, however, the record has not been filed.

We **VACATE** our June 23, 2016 order submitting the appeal without the reporter's record and **ORDER** Antoinette Reagor, Official Court Reporter of the 68th Judicial District Court, to file the remaining portion of the record no later than November 17, 2016.  No extensions will be granted absent exigent circumstances.  We **GRANT** appellee's fourth extension motion to the extent we **ORDER** the brief be filed within thirty days of the filing of the reporter's record.

We **DENY** as moot Ms. Reagor's request to extend time to file the reporter's record.

/s/     CRAIG STODDART
JUSTICE